No. 74–6065. SELMAN *v.* LOUISIANA;

No. 75–6067. WATTS *v.* LOUISIANA; and

No. 75–6123. WASHINGTON *v.* LOUISIANA. Sup. Ct. La. Petitioners in these cases were sentenced to death. Imposition and carrying out of the death penalty in these cases constitute cruel and unusual punishment in violation of the Eighth and Fourteenth Amendments. *Roberts* v. *Louisiana, ante,* p. 325. Motions for leave to proceed *in forma pauperis* and certiorari granted. Judgments vacated insofar as they leave undisturbed the death penalty imposed, and cases remanded to the Supreme Court of Louisiana for further proceedings.

No. 75–647. FOOD HANDLERS LOCAL 425, AMALGAMATED MEAT CUTTERS & BUTCHER WORKMEN OF NORTH AMERICA, AFL–CIO, ET AL. *v.* VALMAC INDUSTRIES, INC. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Buffalo Forge Co.* v. *Steelworkers, ante,* p. 397.